United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

WILLIAM HENSHALL,	No. C 09-04481 SI

    Plaintiff,	**JUDGMENT**

  v.

CENTRAL PARKING, INC., et al.,

    Defendants.
                              /

This action has been dismissed with prejudice. Judgment is entered accordingly.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: November 6, 2009

                                              SUSAN ILLSTON
                                              United States District Judge