United States District Court
For the Northern District of California

1
2
3
4
5                     IN THE UNITED STATES DISTRICT COURT
6                   FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    WILLIAM HENSHALL,                         No. C 09-04481 SI
9              Plaintiff,                       **ORDER DECLARING PLAINTIFF A**
                                                **VEXATIOUS LITIGANT**
10      v.
11   CENTRAL PARKING, INC., et al.,
12             Defendants.
                                        /
13
14          On November 6, 2009, the Court issued an Order to Show Cause why plaintiff should not be
15   declared a vexatious litigant and be subject to a pre-filing order requiring him to obtain leave of Court
16   before filing any additional pleadings against the same defendants based on the same subject matter.
17   *See* Order to Show Cause (Docket No. 39).  Plaintiff having filed no response to the Court's Order to
18   Show Cause, and in accordance with the findings set forth in that Order, the Court hereby ORDERS as
19   follows:
20          1.      Plaintiff is enjoined from filing any action in the United States District Court for the
21   Northern District of California against defendants Central Parking, Inc., New South Parking, Ampco
22   System Parking, Inc., Joy Riddle, or any of their employees, agents, attorneys, affiliates, subsidiaries,
23   parents, successors, or predecessors that arises out of or is related to the requirement that plaintiff submit
24   I-9, W-4, and other immigration and tax-related information as a precondition to employment, or arises
25   out of or is related to plaintiff's theory that is not a United States citizen and is therefore not subject to
26   federal laws relating to taxation or immigration,  unless and until such an action is first approved by the
27   Court.
28

2.      To obtain the Court's approval to file an action against any of the individuals identified above based on the facts or legal theories identified above, plaintiff must file a motion for leave, along with a copy of the proposed complaint.  The application will be assigned to Judge Illston unless the Chief Judge of the Northern District of California assigns another judge for this purpose.

**IT IS SO ORDERED.**

Dated: December 29, 2009

SUSAN ILLSTON
United States District Judge

**United States District Court**
For the Northern District of California